UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA ELKINS-BROWN, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:13-0088 |
| v. ) | Judge Nixon/Brown |
| ) | **Jury Demand** |
| BUFFETS, INC. d/b/a ) | |
| RYAN'S STEAK HOUSE, ) | |
| ) | |
| Defendant ) | |

**O R D E R**

It appears that the Clerk has sent Attorney Nickolas Schimmel two notices of the necessity of being admitted to practice before this District Court. It does not appear that Mr. Schimmel has complied with the requirement to be admitted. The Magistrate Judge has previously admitted Mr. Andrew S. Ashby as *pro hac vice* to participate as an attorney for the Defendant in this matter (Docket Entry 12). However, out-of-state counsel must have local counsel and it appears that the Defendant does not at the present time have local counsel.

Mr. Schimmel is given until **April 30, 2013**, to be admitted to practice before the courts in the Middle District of Tennessee, otherwise the **Clerk** will strike his appearance in this case and Mr. Ashby will be given until **May 14, 2013**, to associate new counsel.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge